UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Ryan Tyler Kilby

    Plaintiff

    v.                                                                                         Civil Action No. 20-10071-RGS

Fall River Police Department, et al.

    Defendants

### ORDER OF DISMISSAL

February 18, 2020

STEARNS, D.J.

In accordance with the court's Order [Dkt #4] issued on February 18, 2020, it is ORDERED that the above-entitled action be, and hereby is, dismissed without prejudice.

By the court,

/s/ Arnold Pacho
Deputy Clerk